# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O'NEAL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, *et al.,*<br><br>    Defendants. | Case No. 1:16-cv-01027-AWI-EPG<br><br>**ORDER DISMISSING SECOND CAUSE OF ACTION OF THE COMPLAINT**<br><br>(ECF No. 16) |

On August 11, 2017, Plaintiff filed a stipulation of dismissal signed by all parties to this action to dismiss the second cause of action of the complaint with prejudice. (ECF No. 16.) In light of the stipulation, the second cause of action has been dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Commercial Space Mgmt. Co., Inc. v. Boing Co., Inc.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the second cause of action of the complaint is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees as to the second cause of action, only.

IT IS SO ORDERED.

Dated: **August 14, 2017**          /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE